AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:01CR73 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 52313-019 | |
| ) | | |
| RICHARD LEWIS ) | BRUCE S. HARVEY | |
|     Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: 8/13/2002 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 120 months is reduced to 84 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 25 | | Amended Offense Level: 23 | |
| Criminal History Category: V | | Criminal History Category: V | |
| Previous Guideline Range: 100 to 125 months | | Amended Guideline Range: 84 to 108 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated August 13, 2002 shall remain in effect. The Defendant shall be released immediately.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2008
Effective Date: Monday, March 17, 2008

s/ Laurie Smith Camp
United States District Judge